

# NUMBER 13-23-00118-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MOHAMMAD AL-BARNAWI,                                          Appellant,

v.

AARON BENBOW,                                                Appellee.

## On appeal from the County Court at Law No. 5
## of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Longoria

This cause is before the Court on appellant's affidavit filed August 18, 2023, which is construed as a motion for extension of time to file notice of appeal. On March 20, 2023, appellant filed a notice of appeal. On March 20, 2023, the Clerk of the Court notified appellant that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.1(b), 9.5, and 25.1(d)(1), (2), and (4).

On May 16, 2023, appellant filed a first amended notice of appeal. On June 8, 2023, the Clerk of the Court notified appellant that the first amended notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5, 25.1(d)(1), (2), and (4), and 25.1(e). On July 10, 2023, appellant filed a second amended notice of appeal. On July 17, 2023, the Clerk of the Court notified appellant that a second amended notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5, 25.1(d), and 25.1(e). Appellant was provided thirty days to file a correct notice in the trial court.

On August 17, 2023, the Clerk of the Court again notified appellant that the second amended notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5, 25.1(d), and 25.1(e). Appellant was further advised that if the defects were not cured within ten days from the date of the letter, the appeal shall be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). On August 18, 2023, appellant filed the motion for extension of time to file the notice of appeal, and on August 25, 2023, appellant filed a third amended notice of appeal.

The third amended notice of appeal was timely filed; therefore, appellant's motion for extension of time to file the notice of appeal is moot. Furthermore, appellant's third amended notice of appeal, is not in compliance with Texas Rule of Appellate Procedure 9.5, it does not identify a trial court and trial court cause number, it does not state the date of judgment or order being appealed from, and it does not state the court to which the appeal is taken. *See id.* R. 9.5, 25.1(d), and 25.1(e). Additionally, appellant's third amended notice of appeal also contains unredacted sensitive data. *See id.* R. 9.9.

Appellant has failed multiple times to comply with the requirements of the Texas Rules of Appellate Procedure and failed to comply with a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(c). Accordingly, we strike appellant's third amended notice of appeal, deny appellant's motion for extension of time to file a notice of appeal as moot, and dismiss the appeal. *Id.* 42.3(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
30th day of August, 2023.